# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **AMENDED ORDER** |
| vs. | ) | |
| Jazmin Velma Lambert, | ) | Case No. 1:17-cr-133 |
| Defendant. | ) | |

Before the court is a Motion for Release filed by defendant on August 13, 2018. The court previously ordered defendant detained pending trial with the caveat that it would consider releasing defendant to a residential facility or an inpatient treatment program if space became available and as the circumstances otherwise warranted. Defendant asks to be released, advising that she has been accepted to Prairie St. Johns, in Fargo, North Dakota on August 15, 2018.

There being no objection from the Government, the court **GRANTS** defendant's motion (Doc. No. 209). Defendant shall be released no earlier than 9:00 a.m. on August 15, 2018. Her release shall be subject to the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall report to the Pretrial Services Office at such times and in such manner as designated by the supervising officer.

(4) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants.

Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(5) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by the Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(6) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(7) Upon her release defendant shall immediately report to Prairie St. John's. Upon her arrival, she shall contact Pretrial Services Officer Bobby Wiseman at (701) 530-2404. She shall reside at the Program's treatment facility, fully participate in its inpatient treatment program, and comply with all rules and regulations imposed by its program and/or its employees, and the facility where she is residing.

(8) Defendant shall sign all releases of information requested by the Pretrial Services Officer so that her progress and participation in treatment may be monitored.

(9) At least four days before completion of, or upon termination from, the inpatient treatment program, defendant shall contact the Pretrial Services officer to discuss her living arrangements.

(10) Upon her discharge from the treatment program, defendant shall reside at a residence approved by the Pretrial Services officer and not change this residence without

permission from the Pretrial Services officer. If the Pretrial Services Officer determines that defendant is in need of a placement in a residential facility, defendant shall voluntarily report to the designated facility, comply with the facilities rules and regulations, and participate in all recommended programming. If the Pretrial Services Officer does not approve of defendant's proposed residence and determined that either the residential facility lacks space for defendant or that a placement of defendant at a residential facility is inappropriate, defendant shall report to the United States Marshal's office in Bismarck with the understanding that she shall be detained pending further order of the court.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2018.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court